In the Matter of the Application of ALFRED RIZZO, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ABRAHAM M. KATZ v. CAPRI FROCKS, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS LEVINE and Others, v. SOSTHENES BEHN and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

2 WEST FIFTEENTH STREET CORPORATION v. SPINGLER-VAN BEUREN ESTATES, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WHI-DYE, INC., v. THE COMMISSIONERS OF THE STATE INSURANCE FUND.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 822.] Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

RICHARD A. CLINCHY v. GRANDVIEW DAIRY, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 51.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDWARD F. JONES v. ALAN PORTER LEE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of JOSEPHINE PLATT, Deceased, as a Will of Real and Personal Property. HATTIE P. WOLFF. SIMON M. PLATT and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

CARLL SMITH CHACE v. ELEANOR UPTON CHACE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARIE GUERIN v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application to Vacate, Dismiss and Annul All Proceedings Taken in This Court in the Estate of PAUL PINCUS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARD KATZEN, as Receiver of Rents in the Action Entitled " The Greenwich Savings Bank v. Eight-Twenty Park Avenue Corporation, et al.", v. EIGHT-TWENTY PARK AVENUE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

FLORENCE STANTON THOMSON, as Executrix, etc., of SAMUEL C. THOMSON, Deceased, v. THE NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.